# EDWARD E. KOPKO

LAWYER

TRISTYN M. AHART, PARALEGAL
THERESA H. KLINGER, PARALEGAL
TYLER M. LUCAS, PARALEGAL
ZACH ISLAM, PARALEGAL

308 NORTH TIOGA STREET, 2nd FLOOR
ITHACA, NEW YORK 14850
TELEPHONE: 607.269.1300
FACSIMILE: 607.269.1301
MOBILE: 607.592.4711
office@kopko.law

Tuesday, April 27, 2021



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 29 2021
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Binghamton

Clerk, Northern District of New York
U.S. Courthouse and Federal Building
15 Henry Street
Binghamton, New York 13901

**Reference: Ronald Georgia v. Kyle Davenport
Summons & Complaint filed on April 26, 2021
DIGITAL EXHIBIT TWO**

Dear Clerk:

    Enclosed please find a zip drive containing Exhibit 2, Body Camera Footage, that was filed via ECF with a place holder today, April 26, 2021 in the above referenced case.

    Thank you.

Very truly yours,

Edward E. Kopko
EEK/tma