**Tompkins County Attorney**

125 E Court St., Ithaca, NY  14850

607-274-5546
FAX 274-5547

May 18, 2021

Magistrate Judge Miroslav Lovric
Federal Building and US Courthouse
15 Henry Street
Binghamton, NY 13901

RE:  Georgia v. Davenport
     Case No. 3:21-cv-484 (FJS/ML)

Dear Magistrate Judge Lovric:

I write to inform the Court that counsel for plaintiff, Edward E. Kopko, Esq., has graciously agreed to an extension of time for the defendant to answer or otherwise respond to the Complaint in the above-reference matter. The defendant will provide an answer on or before June 15, 2021.

Thank you for your attention to this matter.

Sincerely,

Jonathan Wood
County Attorney

Cc:  Edward E. Kopko, Esq.