# EDWARD E. KOPKO

**LAWYER**

TRISTYN M. AHART, PARALEGAL
THERESA KLINGER, PARALEGAL
TYLER M. LUCAS, PARALEGAL
JAMIE A. MEYERS, PARALEGAL

308 NORTH TIOGA STREET, 2nd FLOOR
ITHACA, NEW YORK 14850
TELEPHONE: 607.269.1300
FACSIMILE: 607.269.1301
MOBILE: 607.592.4711
office@kopko.law

Tuesday, November 16, 2021

Hon. Miroslav Lovric                                         **Via ECF only**
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

**Reference: Georgia v. Davenport, 3:21- 3:21-cv-00484;**
**First Request for an Extension to File Expert Disclosure**

Dear Judge Lovric:

Your Honor set today, November 16, as the deadline to file Plaintiff's Expert Disclosure. I respectfully request an extension of time as we are awaiting further discovery. I have contacted Attorney William Troy and he has no objections.

Anticipating the Court's consent to this first request for an extension of time to file, I provided an appropriate endorsement below.

Thank you.

Respectfully submitted,                                      SO ORDERED:

_____                                    _____

Edward E. Kopko                                              Honorable Miroslav Lovric
EEK/jam                                                      U.S. Magistrate Judge