# EDWARD E. KOPKO

**LAWYER**

TRISTYN M. AHART, PARALEGAL
THERESA KLINGER, PARALEGAL
TYLER M. LUCAS, PARALEGAL
JAMIE A. MEYERS, PARALEGAL

**308 NORTH TIOGA STREET, 2nd FLOOR
ITHACA, NEW YORK 14850
TELEPHONE: 607.269.1300
FACSIMILE: 607.269.1301
MOBILE: 607.592.4711
office@kopko.law**

Wednesday, January 5, 2022

Hon. Miroslav Lovric                                **Via ECF only**
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

### Reference: Georgia v. Davenport, 3:21- 3:21-cv-00484;
### Second Request for an Extension to File Expert Disclosure

Dear Judge Lovric:

Your Honor set December 31, 2021, as the deadline to file Plaintiff's Expert Disclosure. I respectfully request an extension of time as we are awaiting further discovery. I have reached out to Attorney Troy to learn his position regarding the extension but have been unable to connect with him. I have copied him here and expect that he will make his position known to the Court.

Anticipating the Court's consent to this second request for an extension of time to file expert disclosure, I provided an appropriate endorsement below.

Thank you.


Respectfully submitted,                              SO ORDERED:


Edward E. Kopko                                      _____
EEK/jam                                             Honorable Miroslav Lovric
                                                    U.S. Magistrate Judge