UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF NEW YORK

RONALD M. GEORGIA,

    Plaintiff,

vs.

KYLE DAVENPORT,

    Defendant.

SUBSTITUTION OF COUNSEL

Civil Action No. 3:21-cv-484(FJS/ML)

William J. Troy III hereby affirms under penalty of perjury as follows:

1. I am an attorney admitted to practice law in the State of New York and before this Court.

2. Counsel previously representing the defendant in this action, Jonathan Wood, Esq., has retired from the position of County Attorney

3. I have become the new County Attorney for Tompkins County and I will henceforth represent the County in this matter. I respectfully request that the Court's records be amended to reflect this change.

Dated: January 4, 2022
      Ithaca, New York

_____
William J. Troy III, Esq.
County Attorney
Bar Roll No. 301140