# EDWARD E. KOPKO

LAWYER

TRISTYN M. AHART, PARALEGAL
THERESA KLINGER, PARALEGAL
JAMIE MEYERS, PARALEGAL

308 NORTH TIOGA STREET, 2nd FLOOR
ITHACA, NEW YORK 14850
TELEPHONE: 607.269.1300
FACSIMILE: 607.269.1301
MOBILE: 607.592.4711
office@kopko.law

Tuesday, June 28, 2022

Honorable Miroslav Lovric                                   Via ECF ONLY
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY  13901

**Reference:**  Georgia v. Davenport
Civil Action No. 3:21-cv-00484-FJS-ML

Dear Judge Lovric.

    Discovery has been completed for the above-referenced matter and the revised scheduling order has been received.

    In my view, the liability and damages in this case are indisputable. During the first mandatory mediation, the County was not fully engaged because of the lack of discovery. The depositions now establish, in my view, indisputable liability. I would be willing to participate in a second mandatory mediation, but only if the County is serious about its exposure and embraces an opportunity to settle this claim.

Respectfully submitted,

Edward E. Kopko
EEK/thk