# EDWARD E. KOPKO

LAWYER

TRISTYN M. AHART, PARALEGAL

308 NORTH TIOGA STREET, 2nd FLOOR
ITHACA, NEW YORK 14850
TELEPHONE: 607.269.1300
FACSIMILE: 607.269.1301
MOBILE: 607.592.4711
office@kopko.law

Tuesday, September 20, 2022

Honorable Miroslav Lovric        Via ECF ONLY
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY  13901

### Reference: Georgia v. Davenport, Civil Action No. 3:21-CV- 0484
### REQUEST FOR JURY TRIAL

Dear Judge Lovric:

    Attorney Bill Troy and I spoke on September 7th and agreed to respectfully suggest that Your Honor preside over a jury trial to resolve the issues presented by this case.

    May we please know the Court's pleasure?

Respectfully Submitted,

*[signature]*

Edward E. Kopko
EEK/tma

cc:  Atty. William Troy, via ECF only