**EDWARD E. KOPKO**
LAWYER

JASON VIOLETTE, LAWYER
TRISTYN M. AHART, PARALEGAL
KIMBERLY N. DEGNAN, PARALEGAL

308 NORTH TIOGA STREET, 2nd FLOOR
ITHACA, NEW YORK 14850
TELEPHONE: 607.269.1300
FACSIMILE: 607.269.1301
MOBILE: 607.592.4711
office@kopko.law

Wednesday, March 29, 2023

The Honorable Miroslav Lovric
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901
Via: ECF

**Reference: Georgia v. Davenport, Docket No: 3:21-CV-0484**
**Status Report**

Dear Judge Lovric:

    Attorney Troy and I have talked about the tardy submissions, and, with the Court's indulgence, we will have the required documents submitted by this Friday.

    Thank you.

Respectfully submitted,

Edward E. Kopko
EEK/knd

cc:    William J Troy III, Esq. (via ECF)