

**Tompkins County Attorney**
125 East Court Street
Ithaca, NY 14850
Phone: (607) 274-5546
Fax: (607) 274-5547
*"Inclusion Through Diversity"*

June 20, 2023

Hon. Miroslav Lovric, US Magistrate Judge
Federal Building and US Courthouse
15 Henry Street
Binghamton, NY 13901

RE:     Georgia v. Davenport
        Case No. 3:21-cv-00484-FJS-ML

Dear Magistrate Judge Lovric:

I write to request an extension of time to submit my closing brief in the above-referenced matter. I will be on vacation the first week in July and could use an extra week to complete my brief. I have spoken to Jason Violette, Esq., of attorney Kopkos' office and he has consented to the extension. I propose that the new date will be July 13, 2023.

Thank you for your consideration.

Respectfully submitted,

William J Troy III
Attorney for Defendant
Bar Roll No. 301140

Cc:     Ed Kopko, Esq.