UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF NEW YORK

---

RONALD M. GEORGIA,

          Plaintiff,

vs.

KYLE DAVENPORT,

          Defendant.

SUBSTITUTION OF COUNSEL

Civil Action No. 3:21-cv-484(FJS/ML)

---

Holly Mosher hereby affirms under penalty of perjury as follows:

1.      I am an attorney admitted to practice law in the State of New York and before this Court.

2.      Counsel previously representing the defendant in this action, William J. Troy, III, Esq., has resigned from the position of County Attorney.

3.      I have become the Acting County Attorney for Tompkins County and I will henceforth represent the County in this matter. I respectfully request that the Court's records be amended to reflect this change.

Dated:  October 13, 2023
       Ithaca, New York

*Holly Mosher*
Holly Mosher
County Attorney
Bar Roll No. 703540